IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00363-REB-BNB

FIRST NATIONAL BANK OF THE ROCKIES,

Plaintiff,

v.

JOHN CHRISTIAN BLOM,
BRENDA LORRAINE BLOM,
MARLENE A. BLOM n/k/a Marlene Smith, and
THE JOHN AND BRENDA BLOM REVOCABLE LIVING TRUST,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Plaintiff's Motion to Amend Complaint** [docket no. 10, filed February 15, 2012] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the plaintiff is allowed to file an Amended Complaint with the changes set forth in it's motion on or before **February 17, 2012**.

DATED:  February 15, 2012