IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00363-REB-BNB

FIRST NATIONAL BANK OF THE ROCKIES,

Plaintiff,

v.

JOHN CHRISTIAN BLOM,
BRENDA LORRAINE BLOM,
MARLENE A. BLOM n/k/a Marlene Smith, and
THE JOHN AND BRENDA BLOM REVOCABLE LIVING TRUST,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Plaintiff's Motion to File a Second Amended Complaint** [docket no. 15, filed February 27, 2012] (the "Motion").

IT IS ORDERED that the Motion is DENIED. The Motion needs to have the proposed Second Amended Complaint as an attachment to the Motion so the Court and the parties can see the changes plaintiff proposes.

DATED: February 28, 2012