IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00363-REB-BNB

FIRST NATIONAL BANK OF THE ROCKIES,

Plaintiff,

v.

JOHN CHRISTIAN BLOM,
BRENDA LORRAINE BLOM,
MARLENE A. BLOM n/k/a Marlene Smith,
JOHN CHRISTIAN BLOM and BRENDA LORRAINE BLOM as Trustees of the John and
Brenda Lorraine Blom Revocable Living Trust, and
THE JOHN AND BRENDA BLOM REVOCABLE LIVING TRUST,

Defendants.
_____

**ORDER**
_____

This matter arises on the following:

(1) The **Unopposed Plaintiff's Motion to File a Second Amended Complaint** [Doc. # 18, filed 2/28/2012] (the "Motion to Amend"); and

(2) The **Unopposed Motion By Plaintiff to Appear By Telephone for Scheduling Conference** [Doc. # 20, filed 2/28/2012] (the "Motion to Appear").

IT IS ORDERED:

(1) The Motion to Amend [Doc. # 18] is GRANTED, and the Clerk of the Court is directed to accept for filing Plaintiff's Second Amended Complaint [Doc. # 18-2];

(2) The case caption is modified as indicated above; and

(3)     The Motion to Appear [Doc. # 20] is GRANTED.  Plaintiff's counsel may appear at the scheduling conference by telephone by contacting the court at the appropriate date and time at 303-844-6408.

Dated February 29, 2012.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge