**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 12-cv-00363-REB-BNB

FIRST NATIONAL BANK OF THE ROCKIES,

    Plaintiff,

v.

JOHN CHRISTIAN BLOM
BRENDA LORRAINE BLOM,
MARLENE A. BLOM n/k/a MARLENE SMITH,
THE JOHN AND BRENDA BLOM REVOCABLE LIVING TRUST and
JOHN CHRISTIAN AND BRENDA LORRAINE BLOM AS TRUSTEES OF THE JOHN
AND BRENDA LORRAINE BLOM REVOCABLE LIVING TRUST,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before the court on the **Stipulated Notice of Dismissal With Prejudice** [#33][1] filed September 18, 2012. After reviewing the notice and the record, I conclude that the notice should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Notice of Dismissal With Prejudice** [#33] filed September 18, 2012, is **APPROVED**;

2. That the Final Pretrial Conference and Trial Preparation Conference set for

---

[1] "[#33]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

2

March 29, 2013, are **VACATED**;

    3.  That the jury trial set to commence April 15, 2013, is **VACATED**; and

    4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated September 19, 2012, at Denver, Colorado.

                                  **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge